

ɪNAL

**Bruce L. Campbell, P.C.**, OSB No. 925377
bruce.campbell@millernash.com
**Michelle Barton Smigel, P.C.**, OSB No. 045530
michelle.smigel@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
Telephone: (503) 224-5858
Facsimile: (503) 224-0155

    Attorneys for Stephen F. Gass, SawStop LLC, and SD3, LLC

FILED 20 SEP '13 12:20 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **ROBERT SUH,**<br><br>    Plaintiff,<br><br>v.<br><br>**TECHTRONIC INDUSTRIES N.A., INC., ONE WORLD TECHNOLOGIES, INC., RYOBI TECHNOLOGIES, INC., and HOME DEPOT U.S.A., INC.,**<br><br>    Defendants. | '13-MC- 331<br>Case No.<br><br>**STEPHEN F. GASS, SAWSTOP LLC, AND SD3, LLC'S MOTION TO QUASH SUBPOENA**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>(Action Pending in U.S. District Court for the Western District of Washington, Case No. 2:12-CV-00497-JCC) |

Page - 1    Stephen F. Gass, SawStop LLC, and SD3, LLC's Motion to Quash Subpoena

PDXDOCS:2013503.1
238190-0020

#54067

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

## LR 7-1 CERTIFICATION

The undersigned counsel certifies that counsel for the Subpoenaed Entities have made a good faith effort to confer with counsel for defendants by telephone but have been unable to resolve the matter.

## MOTION

Over the past months, defendants One World Technologies, Inc., Ryobi Technologies, Inc., Techtronic Industries North America, Inc., and Home Depot (hereinafter the "Defendants") have issued almost duplicative subpoenas to Stephen F. Gass, SawStop LLC, and SD3, LLC (altogether the "Subpoenaed Entities"), asking the Subpoenaed Entities to produce confidential, proprietary and trade secret information in lawsuits that they are not even party to and in which defendants are their competitors. Defendants have now issued a subpoena in this case.

Due to the unreasonableness of the subpoenas and great risk of harm to the Subpoenaed Entities if their confidential research, development, trade secret, and commercial information is revealed to their competitors, the Subpoenaed Entities hereby move the Court under Fed R Civ P 26(c) and Rule 45(c)(3) for:

- An order quashing the subpoenas issued by defendants and reimbursing the Subpoenaed Entities for their incurred costs and fees, or alternatively,
- An order appointing a special discovery master to oversee discovery and requiring the reimbursement of the Subpoenaed Entities' costs and fees.

Page 2 -    Stephen F. Gass, SawStop LLC, and SD3, LLC's Motion to Quash Subpoena

PDXDOCS:2013503.1
238190-0020

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

Because this subpoena duplicates subpoenas in prior cases in which the Subpoenaed Entities have already filed motions to quash or issued objections, this motion is based on the Subpoenaed Entities' previous objections and prior briefings (which they incorporate), the record herein, and the accompanying Declaration of Jovita T. Wang in Support of Stephen F. Gass, SawStop LLC, and SD3, LLC's Motion to Quash.

DATED this 20th day of September, 2013.

MILLER NASH LLP

_____
Bruce L. Campbell, P.C., OSB No. 925377
bruce.campbell@millernash.com
Michelle Barton Smigel, P.C., OSB No. 045530
michelle.smigel@millernash.com
Telephone: (503) 224-5858
Fax: (503) 224-0155

Attorneys for Stephen F. Gass, SawStop LLC, and SD3, LLC

Page 3 -   Stephen F. Gass, SawStop LLC, and SD3, LLC's Motion to Quash Subpoena

PDXDOCS:2013503.1
238190-0020

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

I hereby certify that I served the foregoing Stephen F. Gass, SawStop LLC, and SD3, LLC's Motion to Quash Subpoena on:

Kathleen A. Stimeling
Lance C. Cidre
Schiff Hardin LLP
One Market
Spear Street Tower
32nd Floor
San Francisco, California 94105
E-mail: kstimeling@schiffhardin.com
      lcidre@schiffhardin.com
*Attorneys for Defendants*

by the following indicated method or methods on the date set forth below:

☐ **CM/ECF system transmission.**

☒ **E-mail.** As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **Facsimile communication device.**

☒ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED this 20th day of September, 2013.

_____
Michelle Barton Smigel, OSB No. 045530

Of Attorneys for Stephen F. Gass, SawStop LLC, and SD3, LLC

Page 1 -   Certificate of Service

PDXDOCS:2013503.1
238190-0020

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699