ORIGINAL

**Bruce L. Campbell, P.C.**, OSB No. 925377
bruce.campbell@millernash.com
**Michelle Barton Smigel, P.C.**, OSB No. 045530
michelle.smigel@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
Telephone: (503) 224-5858
Facsimile: (503) 224-0155

　　　Attorneys for Stephen F. Gass, SawStop
LLC, and SD3, LLC

FILED 20 SEP '13 12:21 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROBERT SUH, | Case No. '13-MC- 331 |
| Plaintiff, | MEMORANDUM IN SUPPORT OF STEPHEN F. GASS, SAWSTOP LLC, AND SD3, LLC'S MOTION TO QUASH SUBPOENA |
| v. | |
| TECHTRONIC INDUSTRIES N.A., INC., ONE WORLD TECHNOLOGIES, INC., RYOBI TECHNOLOGIES, INC., and HOME DEPOT U.S.A., INC., | ORAL ARGUMENT REQUESTED |
| | (Action Pending in U.S. District Court for the Western District of Washington, Case No. 2:12-CV-00497-JCC) |
| Defendants. | |

Page - 1　Memorandum in Support of Motion to Quash Subpoena

PDXDOCS:2013506.1
238190-0020

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

## POINTS AND AUTHORITIES

The Subpoenaed Entities file this motion to preserve their objections against this new subpoena and to request the reimbursement of their incurred costs and fees.

Because the subpoena issued in this case essentially duplicates requests in subpoenas issued in prior cases against which the Subpoenaed Entities have already filed motions to quash or issued objections, the Subpoenaed Entities incorporate their previous objections to the subpoenas in *Thull v. Techtronic Industries, et al.*, U.S. District Court for the District of Oregon, Case No. 3:13-mc-00102-SI and *Padilla et al. v. Black Company, Sears, Roebuck & Co., et al.*, U.S. District Court for the District of Oregon, Case No. 3:13-mc-00128, and their briefing in response to defendants' prior motions to compel. (Declaration of Jovita T. Wang in Support of Stephen F. Gass, SawStop LLC, and SD3's Motion to Quash Subpoenas ("Wang Decl.") ¶¶ 3-5, Exs. 2-4.) The Subpoenaed Entities also incorporate their briefing in the consolidated actions in U.S. District Court for the District of Oregon, Case No. 3:13-mc-00231, *Gerald Boulay v. One World Technologies, Inc. et al.* (pending in the U.S. District Court for the District of Massachusetts, Case No. 12-11052-NMG); *Jake Gao v. One World Technologies, Inc. et al.* (pending in the U.S. District Court for the District of Massachusetts, Case No. 11-10718-NMG); *Hector Guerrero v. One World Technologies, Inc. et al.* (pending in the U.S. District Court for the District of Massachusetts, Case No. 12-11500-NMG); *Oleg Mazin v. One World Technologies, Inc. et al.* (pending in the U.S. District Court for the District of Massachusetts, Case No. 11-10717-TSH); *Rene Micheli v. One World Technologies, Inc. et al* (pending in the U.S. District Court for the District of Massachusetts, Case No. 11-10503-NMG); and *Michael Brown v. Techtronic Industries Co., Ltd., et al.* (pending in the U.S. District Court for the District of New Jersey, Case No. 10-cv-5997 (KM-JAD)). (Wang Decl. ¶¶ 6-7, Exs. 5-6.).

On August 30, pursuant to the court's order dated August 12, 2013, in the case of *Powell v. Techtronic Industries North America, Inc., et al.*, U.S. District Court for the District of

Page 2 -    Memorandum in Support of Motion to Quash Subpoena

PDXDOCS:2013506.1
238190-0020

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

Oregon, Case No. 3:13-mc-00241-S[1], the Subpoenaed Entities submitted supplemental briefing on outstanding issues not resolved in the court's August 12 order in *Thull* and *Padilla*[2] and hereby also incorporate that briefing in this case. (Wang Decl. ¶ 8, Ex. 7.).

To reiterate the Subpoenaed Entities' position, the Subpoenaed Entities asks the court to rule that regardless of the type of saw at issue in the underlying lawsuit, they are not ordered to produce any confidential information (1) relating to any unreleased products, (2) not related to active injury mitigation technology ("AIMT"), or (3) related to possible future refinements or improvements of AIMT not relied upon or referred to as a basis for Dr. Gass' opinion. The Subpoenaed Entities request that the court apply these limitations to the subpoena in this case including, specifically to requests no. 6-16. The Subpoenaed Entities also request that the court require that the defendants must pay for the Subpoenaed Entities' expenses in responding to the subpoena, including the costs of any production and privilege logs.

DATED this 20th day of September, 2013.

MILLER NASH LLP

_____
Bruce L. Campbell, P.C., OSB No. 925377
bruce.campbell@millernash.com
Michelle Barton Smigel, P.C., OSB No. 045530
michelle.smigel@millernash.com
Telephone: (503) 224-5858
Fax: (503) 224-0155

Attorneys for Stephen F. Gass, SawStop LLC, and SD3, LLC

---

[1] The court also issued an identical order on August 15, 2013, for Case Nos. 3:13-mc-259, 3:13-mc-241, and 3:13-mc-231.

[2] *See, e.g.*, Dkt. No. 7 in *Powell v. Techtronic Industries North America, Inc., et al.*, Case No. 3:13-mc-00241-SI; Wang Decl. ¶ 8.

Page 3 -    Memorandum in Support of Motion to Quash Subpoena

PDXDOCS:2013506.1
238190-0020

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

I hereby certify that I served the foregoing Memorandum in Support of Motion to Quash Subpoena on:

> Kathleen A. Stimeling
> Lance C. Cidre
> Schiff Hardin LLP
> One Market
> Spear Street Tower
> 32nd Floor
> San Francisco, California  94105
> E-mail: kstimeling@schiffhardin.com
>         lcidre@schiffhardin.com
> *Attorneys for Defendants*

by the following indicated method or methods on the date set forth below:

☐ **CM/ECF system transmission.**

☒ **E-mail.**  As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **Facsimile communication device.**

☒ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED this 20th day of September, 2013.

_____
Michelle Barton Smigel, OSB No. 045530

Of Attorneys for Stephen F. Gass, SawStop LLC, and SD3, LLC

Page 1 -    Certificate of Service

PDXDOCS:2013506.1
238190-0020

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699